**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HORESHA REYNOLDS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED FINANCIAL CASUALTY COMPANY** | : | **NO. 21-2554** |

## <u>O R D E R</u>

**AND NOW,** this 12th day of September, 2022, it having been reported that the issues between the parties in the above action have been resolved, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, and without costs.

It is further **ORDERED** that this case shall be removed from suspense and the Clerk shall close it for statistical purposes.

BY THE COURT:

_____

**Berle M. Schiller, J.**